**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

PAMELA BURKE

v. 3:09cv934 (SRU)

MICHAEL ARAM, INC.

# JUDGMENT

This action came on before the Honorable Stefan R. Underhill, United States District Judge as a result of plaintiff's complaint. On November 2, 2009, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff filed a Notice of Acceptance of Offer of Judgment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff Pamela Burke against defendant Michael Aram, Inc. in the amount of $26,419.42 pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated at Bridgeport, Connecticut, this 9th day of November 2009.

ROBIN D. TABORA, Clerk

By /s/ Barbara Sbalbi
Deputy Clerk

Entered on Docket__________